UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DANIEL KANE JR., CHARLES MACHADIO,
ANTHONY ROSA, MYRA GORDON,
VINCENT PACIFICO and ANDREW ROY
as TRUSTEES OF THE UNITED TEAMSTER PENSION FUND "A,"
Plaintiffs,

-against-

MIL-ART TRUCKING CORP.,
Defendant.

**MEMORANDUM AND ORDER**
Case No. 25-CV-3675 (FB) (RML)

**BLOCK, Senior District Judge:**

Magistrate Judge Robert M. Levy issued a report and recommendation ("R&R") recommending the Court grant the motion for default judgment against Defendant. *See* R&R at 10. The R&R gave the parties 14 days to file objections and warned that "[f]ailure to file objections within the specified time waives the right to appeal the district court's order." *Id.* It was served by regular mail on July 2, 2026, making objections due on July 16, 2026. *See* Fed. R. Civ. P. 6(d). No objections have been filed.

Where clear notice has been given of the consequences of failure to object, and there are no objections, the Court may adopt the R&R without de novo review. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *Mario v. P & C Food Mkts., Inc.*, 313 F.3d

758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrate's decision."). The Court will, however, excuse the failure to object and conduct de novo review if it appears that the magistrate judge may have committed plain error. *See Spence v. Superintendent, Great Meadow Corr. Facility*, 219 F.3d 162, 174 (2d Cir. 2000).

No error, plain or otherwise, appears on the face of the R&R, so the Court adopts it without de novo review. The Court enters judgment for Plaintiffs against Defendant for a total of $258,701.71, consisting of: (1) $212,486 in withdrawal liability; (2) interest of $3,718.51 through October 14, 2025; and (3) liquidated damages of $42,497.20.

**SO ORDERED.**

_/S/ Frederic Block________
FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
September 9, 2026